United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EUGENIO MONTOYA-CARRILLO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-167 |
| | § | CRIMINAL NO. B-15-1069-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On January 9, 2017, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 33]. Petitioner has objected to said Report and Recommendation. [Doc. No. 36].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Eugenio Montoya-Carrillo's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied, and the issuance of a Certificate of Appealability is denied.

Signed this 7th day of February, 2017.

_____
Andrew S. Hanen
United States District Judge